|  |  |
|---|---|
| JAMES EVANS, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>Spindrift Beverage Co., Inc.<br><br>  Defendant. | **United States District Court<br>Northern District of Illinois**<br><br>Case No.: 1:25-cv-7818<br><br><br>**NOTICE OF SETTLEMENT** |

  **PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.


Dated: September 5, 2025


            EQUAL ACCESS LAW GROUP, PLLC
            *Attorneys for Plaintiff*

            **/s/ Alison Chan**
            By: Alison Chan, Esq.

            68-29 Main Street,

            Flushing, NY 11367

            O: (844) 731-3343

            C: (630)-478-0856

            Email: achan@ealg.law