## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

James Evans

                   Plaintiff,

v.                                    Case No.: 1:25–cv–07818

                                    Honorable Edmond E. Chang

Spindrift Beverage Co., Inc.

                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 30, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the Plaintiff's notice of voluntary dismissal [14], under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is now dismissed with prejudice, each side to bear its own fees and costs. Civil case remains terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.